# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ABRAHAM GRANT**  **PLAINTIFF**
**ADC #128147**

v.   Case No. 4:20-cv-01249-KGB

**STATE OF ARKANSAS,** *et al*.  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Abraham Grant's complaint is dismissed without prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 4th day of December, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge